1 | PAUL J. ANDRE, Bar No. 196585
LISA KOBIALKA, Bar No. 191404
2 | PERKINS COIE LLP
101 Jefferson Drive
3 | Menlo Park, CA 94025-1114
Ph: (650) 838-4300
4 | Fx: (650) 838-4350

5 | Attorneys for Defendant
Goodrich Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| TELEFLEX INCORPORATED AND TELAIR INTERNATIONAL, | CASE NO. |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION OF GOODRICH CORPORATION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA |
| v. | |
| AERO UNION CORPORATION, | |
| Defendant. | MISCELLANEOUS MATTER |
| | Judge:<br>Hearing Date: March 14, 2005<br>Time:<br>Courtroom: |

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT GOODRICH CORPORATION will and does hereby apply to the Court for a protective order and the quashing of the subpoena duces tecum and deposition subpoena served by Teleflex and Telair International on Goodrich.

///

///

NOTICE OF MOTION OF GOODRICH FOR PROTECTIVE
ORDER & QUASH SUBPOENA
CASE NO.

1    This motion is based on this Notice of Motion and Motion, the Memorandum of
2    Points and Authorities, all pleadings and records on file in this action, and any oral
3    argument that the Court permits.

4

5    DATED: February 11, 2005.          **PERKINS COIE LLP**

6
     By /s/
7    Paul J. Andre
     Lisa Kobialka
8    Attorneys for Defendant Goodrich Corporation

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

NOTICE OF MOTION OF GOODRICH FOR PROTECTIVE
ORDER & QUASH SUBPONEA
CASE NO.:

[BY050400012]